13-1766

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Debra Ann Sharpless- Schmoyer<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 16-11133 |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of Federal National Mortgage Association in the above captioned matter.

    At this time, this entry is being filed for monitoring purposes only as this firm was handling the foreclosure matter at the time the bankruptcy was filed.

    POWERS KIRN & ASSOCIATES, LLC

    By:  **/s/ Jill Manuel-Coughlin, Esquire**
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090